## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISIONS OF ST. CROIX/ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN THE MATTER OF REFILLING ) | |
| THE MASTER JURY WHEEL ) | 3:25-mc-00026_ |
| IN THE DISTRICT COURT OF THE VIRGIN ) | |
| ISLANDS, FOR THE RANDOM SELECTION ) | |
| OF GRAND AND PETIT JURORS ) | |
| ) | |

### ORDER

Pursuant to the Jury Selection and Service Act of 1968, (Act), and the District Court of the Virgin Islands' Juror Selection Plan which requires the Master Jury Wheel to be refilled by September 1st of each year following a general election;

**NOW THEREFORE**, it is hereby

**ORDERED** that the Clerk of Court is directed to refill the master jury wheel in each judicial division with 10,000 names and addresses of all persons randomly selected from the lists of registered motor vehicle operators and registered voters in each judicial division; it is further

**ORDERED** that the master jury wheel shall be refilled by September 1, 2025; and it is further

**ORDERED** that the Clerk of Court may utilize electronic data processing technology to perform the selection procedures set forth in the JUROR SELECTION PLAN for THE DISTRICT COURT OF THE VIRGIN ISLANDS.

**SO ORDERED.**

Dated:  September 12, 2025
nun pro tunc September 1, 2025

*/s/ Robert A. Molloy*
**Hon. Robert A. Molloy, Chief Judge**
**District Court of the Virgin Islands**